IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shauna Woods, | |
| Plaintiff(s), | |
| v. | Case No. 21 C 1093 |
| Fleetpride, Inc., | Judge Edmond E. Chang |
| Defendant(s). | |

### ORDER

Pursuant to the stipulated remand, R. 41, the Court orders that the case be forthwith remanded in its entirety to the Circuit Court of Cook County, Illinois, County Department, Chancery Division, with each party to bear its own costs and fees. The tracking status hearing of 07/08/2022 is vacated. Civil case terminated.

Date: 7/6/2022

Edmond E. Chang
United State District Court Judge